**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

CRIMINAL ACTION NO. 01-13-DLB-EBA-1

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.        **ORDER ADOPTING REPORT AND RECOMMENDATION**

CECIL TERRY CHAIN                                                     DEFENDANT

*******************

      This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court revoked Defendant Cecil Terry Chain's supervised release and impose a sentence of six (6) months incarceration, with three (3) years of supervised release to follow, minus the term of imprisonment to be imposed.  (Doc. # 73).  During the Initial Revocation Hearing held on December 11, 2015, Defendant stipulated to violating the terms of his supervised release, as set forth in the December 7, 2015 Violation Report prepared by United States Probation Officer Michael D. Jones.  (Doc. # 67).

      Defendant having executed a Waiver of Allocution (Doc. $ 74), and having failed to file Objections within the time period provided by local rule, the R&R is ripe for the Court's consideration.  Having reviewed the R&R, and the Court concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     Judge Atkins' Report and Recommendation (Doc. # 73) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     Defendant is found to have **VIOLATED** the terms of his supervised release;

(3)     Defendant's supervised release is hereby **REVOKED**;

(4)     Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **six (6) months incarceration**, with three (3) years of supervised release to follow, minus the term of imprisonment to be imposed; and

(5)     Defendant shall remain subject to the addition of the sex offender conditions as adopted by the Eastern District of Kentucky.

This 17th day of January, 2016.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\Earlier Years\01-13 Order Adopting R&R re SRV.wpd